[Nos. 23218–5–I; 24104–4–I.  Division One.  October 1, 1990.]

*In the Matter of the Marriage of* DONALD J. DOUGHERTY, SR., *Respondent, and* JANELLE A. DOUGHERTY, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82–3–05162–8, 88–2–06110–6, Joan E. DuBuque, J., and Eric Clauson, J. Pro Tem., entered December 30, 1988, and April 17, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 10169–0–III.  Division Three.  October 2, 1990.]

*In the Matter of the Dependency of* A.G.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. SAM GRASHIO, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89–7–00054–0, Harold D. Clarke, J., entered July 12, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 9944–0–III.  Division Three.  October 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SHANE HUGHS TRUMP, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00957–1, William J. Grant, J., entered April 14, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.